JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ORLANDO GARCIA, | ) | NO. CV 20-2136-KS |
| Plaintiff, | ) ) | JUDGMENT |
| v. | ) ) | |
| INSIL KIM, BETAZA MARKET INC., a Delaware Corporation, | ) ) ) | |
| Defendants. | ) ) | |

Pursuant to the Court's Memorandum and Order dated May 20, 2022, IT IS ADJUDGED that this action is dismissed.

DATED: May 23, 2022

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

1