1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| ORLANDO GARCIA, | ) NO. CV 20-2136-KS |
|---|---|
| Plaintiff, | ) AMENDED JUDGMENT |
| v. | ) |
| INSIL KIM; BETAZA MARKET INC., a Delaware Corporation, | ) |
| Defendants. | ) |

Pursuant to the Court's Memorandum and Order dated May 20, 2022, **IT IS HEREBY ORDERED AND ADJUDGED:**

1. **THAT** Plaintiff Orlando Garcia's ("Plaintiff") Motion for Default Judgment Against Defendant Betaza Market Inc. ("Defendant Betaza") is GRANTED;

2. **THAT** Defendant Betaza is ORDERED to provide: (1) wheelchair accessible paths of travel leading into the entrance of Betaza Minimarket, located at or about 2601 W. Pico Blvd., Los Angeles, California 90006 (the "Store"); (2) wheelchair accessible paths of travel inside the Store; and (3) wheelchair accessible sales

counters at the Store, in compliance with the Americans with Disabilities Act Accessibility Guidelines; and

3. **THAT** Plaintiff shall have JUDGMENT in his favor and against Defendant Betaza in the amount of $23,098.81 for attorneys' fees and costs.

The Clerk of the Court shall close the case.

DATED: June 7, 2022

```
                                    _____
                                       KAREN L. STEVENSON
                                  UNITED STATES MAGISTRATE JUDGE
```